# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FRED ALLRED**                                                                                    **PLAINTIFF**

**VS.**                               **No. 4:14-CV-00218-BRW**

**EXECUTIVE NONQUALIFIED EXCESS**
**PLAN OF CUMMINS MID-SOUTH LLC**
**PLAN II,** *et al.*                                                                               **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 1st day of April, 2015.

                                            /s/ Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE